UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN PAINTER and ROBERT HIGHTOWER, Individually, and on behalf of all others similarly situated,

    Plaintiffs,

-against-

L'ORÉAL USA, INC.,

    Defendant.

25 Civ. 3137 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has accepted this matter as related to *Noakes v. L'Oreal U.S.A., Inc.*, No. 24 Civ. 2735, and three other related actions pending before the Court. A motion to transfer a sixth related action is currently pending in the District of Hawaii. ECF No. 37 ¶ 1.b in 24 Civ. 2735. Accordingly, this matter is STAYED pending the resolution of that last transfer motion. Within ten days of the issuance of that transfer order, or by May 20, 2025, whichever is sooner, the parties shall file a joint status report.

SO ORDERED.

Dated: April 17, 2025
New York, New York

ANALISA TORRES
United States District Judge